Case 7:21-cr-02155 Document 1 Filed on 10/21/21 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED

*October 21, 2021*

Nathan Ochsner, Clerk of Court

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Wuilmer Pastor Ochoa-Herrera

**CRIMINAL COMPLAINT**

Case Number:  M-21-2229-M

IAE    YOB: 1975
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belie __October 19, 2021__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Wuilmer Pastor Ochoa-Herrera was encountered by Border Patrol Agents near La Joya, Texas on October 19, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on October 19, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on January 30, 2019, through Phoenix, Arizona. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA M. Redavid
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 21, 2020  at 7:00 a.m.

/S/   Jose Delgado
**Signature of Complainant**

Jose Delgado                Border Patrol Agent

J. Scott Hacker           , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer